IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID M. HERNANDEZ, and<br>MATTHEW GONZALEZ,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERIHOME MORTGAGE<br>COMPANY, LLC; SERVICEMAC, LLC;<br>AUCTION.COM; CLAY GOLDEN;<br>and ALAN KING,<br><br>*Defendants*. | §§§§§§§§§§§§§ | CIVIL ACTION NO. SA-25-cv-00996-FB |

**ORDER ACCEPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation of United States Magistrate Judge, filed in the above-captioned cause on October 9, 2025. (Docket no. 31). To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (docket no. 31) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiffs' Motion to Remand Back to 285th Judicial District Court, Bexar County, Texas (docket no. 7) is DENIED and Defendants Auction.com, Clay Golden (Substitute Trustee) and Alan King are DISMISSED WITHOUT PREJUDICE.  This case continues to be referred to the Magistrate Judge for further pretrial proceedings.

It is so ORDERED.

SIGNED this 28th day of October, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

.